1  Edward W. Choi, State Bar No. 211334
2  Paul M. Yi, Esq. SBN 207867
   LAW OFFICES OF CHOI & ASSOCIATES, APLC
3  515 S. Figueroa St., Suite 1250
   Los Angeles, CA 90071
4  Telephone: (213) 381-1515
5  Facsimile: (213) 465-4885

6  David Lee, Esq. SBN 296294
   DAVID LEE LAW
7  515 S. Flower Street, Suite 3600
   Los Angeles, California 90071
8  Telephone: (213)236-3536
9  Facsimile: (866) 658-4722

10  Attorneys for Plaintiff RONNIE SAUNDERS

11

12            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

13               **FOR THE COUNTY OF SAN DIEGO**

14              **HALL OF JUSTICE – UNLIMITED CIVIL**

15

16  RONNIE SAUNDERS, an individual,      )  Case No.
                                         )
17                                       )  **COMPLAINT FOR DAMAGES;**
                                         )
18            Plaintiff,                 )  **(1)   DISCRIMINATION BASED ON**
                                         )         **RACE/ NATIONAL ORIGIN IN**
19       vs.                             )         **VIOLATION OF GOVERNEMENT**
                                         )         **CODE §12940, ET SEQ. [THE FEHA];**
20                                       )  **(2)   DISCRIMINATION BASED ON**
   CONTINENTAL MARITIME OF SAN DIEGO,    )         **DISABILITY IN VIOLATION OF**
21  INC., a Corporation, and DOES 1 through 30, )  **GOVERNEMENT CODE §12940, ET**
   inclusive,                            )         **SEQ. [THE FEHA];**
22                                       )  **(3)   WRONGFUL TERMINATION IN**
                                         )         **VIOLATION OF PUBLIC POLICY**
23            Defendants.                )
                                         )
24                                       )
                                         )
25  _____ )

26        Plaintiff RONNIE SAUNDERS, an individual alleges:

27        1.    Plaintiff RONNIE SAUNDERS is an individual ("Plaintiff") that at all times herein

28  mentioned was and is a resident of San Diego County, California.

2.    Plaintiff is informed and believes and thereon alleges that Defendant CONTINENTAL MARITIME OF SAN DIEGO, INC., a Corporation, ("CONTINENTAL") was and is a corporation existing under the laws of the state of California, with its principal place of business in the city of San Diego, County of San Diego, State of California.  Plaintiff is also informed and believes, and thereon alleges, that Defendant CONTINENTAL is engaged in the business of ship repairs.

3.    During the time of Plaintiff's employment for Defendant and each of them as described herein, Defendant DOES 1 through 30 regularly exercised direct and/or indirect control of Plaintiff's wages, working hours, and working conditions during Plaintiff's employment for Defendants and each of them.  Plaintiff further alleges that each of the said individual Defendants, including unknown Defendants identified herein as DOES, also directly and/or indirectly controlled the working conditions, wages, working hours, and working conditions of Plaintiff.

4.    Plaintiff is informed and believes, and thereupon alleges that there exists, and at all times relevant to this complaint, there existed a unity of interest and ownership between the corporate Defendants, the non-corporate Defendants and DOES 1 through 50 such that any individuality and separateness between said individual Defendants have ceased. Plaintiff is further informed and believes, and thereupon alleges that if the acts of the corporate Defendant entities are treated as those of the entities alone, an inequitable result would follow.  Plaintiff are informed and believes and thereon alleges that Defendants are responsible for some or all of the following acts and/or failures to act, among other things: (1) commingling of personal funds and other assets of corporate Defendants, the non-corporate Defendants and DOES 1 through 50, and the unauthorized diversion of corporate funds or assets to other than corporate uses; (2) the treatment by the individual Defendants of the assets of the corporation(s) as their and/or their own; (3) the failure to adequately capitalize the corporate Defendants and/or the total absence of corporate assets and under-capitalization to adequately meet the corporate Defendants' financial obligations, such as, among other things, the payment of overtime wages to Plaintiff and to its other employees, which the corporate Defendants could not afford to pay; (4) the use of the corporate Defendants as a mere shell, instrumentality, or conduit for a single venture or the business of the individual Defendants; (5) the contracting with another with intent to avoid performance by use of the corporate Defendants as a corporate entity as a

1  shield against personal liability, and/or the use of the corporate Defendants as a corporate entity as a
2  subterfuge of illegal transactions.

3       5.     Plaintiff is ignorant of the true names or capacities of the defendants sued herein under
4  fictitious names DOES 1 to 30 inclusive. Plaintiff will seek leave to amend the complaint when the
5  names and identities of these fictitiously named defendants become known. Plaintiff is informed and
6  believes and thereupon alleges that each of said defendants DOES 1 to 30 was and is responsible in
7  some manner or capacity for the events stated herein and caused injury and damage to Plaintiff. Each
8  reference in this complaint to "defendant", "defendants", or a specifically named defendant refers
9  also to all defendants sued under fictitious names. Plaintiff is informed and believes, and thereupon
10 alleges that each DOE Defendant is an employer of Plaintiff as a matter of law in that each DOE
11 Defendant is a person who owns, controls and /or managed Defendants or is a person responsible for
12 the wages, hours and working conditions of Plaintiff in connection with the employment alleged in
13 this complaint.

14                            **FACTUAL ALLEGATIONS**

15      6.     Plaintiff was employed by Defendant CONTINENTAL from on or about September 7,
16 2016 through March 24, 2017.

17      7.     During Plaintiff's employment with Defendant, Plaintiff became employed by
18 Defendant as a tank cleaner.

19      8.     During Plaintiff's employment with Defendant, Plaintiff was subject to racial
20 discrimination. Other employees asked him to "show some respect and go back to your country." The
21 head supervisor also made comments to Plaintiff, suggesting that he should go back to Nigeria, where
22 it is violent and "Black people were being killed."

23      9.     In addition, Plaintiff was wrongfully terminated due to a physical disability in
24 violation of Government Code, section 12940, 12945, et seq.

25      10.     On or about March 21, 2017, Plaintiff suffered an injury at work. On or about March
26 22, 2017, Plaintiff received a doctor's note and informed Defendant of his leave for two days.

27      11.     On March 24, 2017, Plaintiff was terminated.

28      12.     Plaintiff has filed timely charges against DEFENDANT with the California

1  Department of Fair Employment and Housing, which has issued a right-to-sue letter. Plaintiff has

2  therefore, exhausted her administrative remedies. Attached hereto as Exhibit A is a true and correct

3  copy of Plaintiff's right to sue letter.

### FIRST CAUSE OF ACTION

### (RACE/ NATIONAL ORIGIN DISCRIMINATION

### AGAINST ALL DEFENDANTS)

7      13.    Plaintiff refers to and repeats the allegations set forth in paragraphs 1 through 12

8  above, and incorporates the same herein as though set forth in full.

9      14.    California Government Code Section 12940(a) prohibits an employer from

10  discriminating against a person because of their race and/or national origin.

11      15.    Defendant was at all relevant times an employer within the meaning of California

12  Government Code Section 12926(d) since it employs in excess of 10 employees. Hence, it is barred

13  from discriminating against a person because of their race and/or national origin.

14      16.    Plaintiff, an African-American, was at all times relevant herein, a person within the

15  meaning of California Government Code Section 12925(d) and as such, is covered by California

16  Government Code Section 12940(a) prohibiting discrimination in employment on the basis of race

17  and/or national origin.

18      17.    Through the acts described fully in paragraph 8 above, Defendants violated California

19  Government Code Section 12940(a) by discriminating against Plaintiff on the basis of his race and/or

20  national origin. Specifically, Plaintiff suffered a series of adverse employment actions at

21  CONTINENTAL which were motivated by his race and/or national origin as an African-American.

22  Those adverse employment actions materially affected the terms and conditions of Plaintiff's

23  employment. The adverse employment actions against Plaintiff consisted, in part of: (a) subjecting

24  Plaintiff to unfair scrutiny with respect to work assignments. Other non- African-American

25  employees were not subjected to similar treatment; (b) subjecting Plaintiff to disparate

26  implementation of discipline whereas other non- African-American employees were not subjected to

27  similar treatment; (c) Defendants' employees constantly spoke to Plaintiff in a hostile and degrading

28  manner, falsely maligning Plaintiff's character and work ethic. Other non- African-American

1 | employees were not subject to similar treatment; (d) Defendants wrongfully terminated Plaintiff's
2 | employment.

3 |     18.    As already stated, the adverse employment actions mentioned above in paragraph 8
4 | were motivated by Plaintiff's race and/or national origin since other similarly situated non- African-
5 | American employees were not treated similarly.

6 |     19.    As a direct, foreseeable and proximate result of Defendants' willful, knowing and
7 | intentional discrimination against Plaintiff, he has sustained substantial losses in earnings and job
8 | benefits.

9 |     20.    As a direct, foreseeable and proximate result of Defendants' willful, knowing and
10 | intentional discrimination against Plaintiff, he has suffered and continues to suffer humiliation,
11 | embarrassment, mental anguish, emotional distress and discomfort, all to his damage, the precise
12 | amount which will be proven at trial.

13 |     21.    Defendants committed the acts herein alleged maliciously and oppressively, with the
14 | wrongful intention of injuring Plaintiff with an improper and intentional motive amounting to malice
15 | and in conscious disregard of Plaintiff's rights.  Accordingly, Plaintiff requests the assessment of
16 | punitive damages against Defendants in the amount appropriate to punish and make an example of
17 | Defendants.

18 |     22.    Plaintiff has incurred reasonable and necessary attorney fees in the preparation and
19 | prosecution of this action and seeks reimbursement of his attorney fees pursuant to California
20 | Government Code Section 12965(b).

21 | **SECOND CAUSE OF ACTION**
22 | **(PHYSICAL DISABILITY/MEDICAL CONDITION DISCRIMINATION-**
23 | **AGAINST ALL DEFENDANTS)**

24 |     23.    Plaintiff refers to and repeats the allegations set forth in paragraphs 1 through 22
25 | above, and incorporates the same herein as though set forth in full.

26 |     24.    At all times mentioned herein, the FEHA, California Government Code Section
27 | 12900, *et seq.*, was in full force and effect and was binding on Defendant, as Defendant
28 | CONTINENTAL each regularly and jointly employed five or more persons.

25.    California Government Code Section 12940(a) prohibits DEFENDANTS from discriminating against any employee on the basis of disability.  Pursuant to California Government Code Section 12926.1(b), "disability" includes, without limitation, protection from discrimination due to actual or perceived physical or mental condition that is disabling, potentially disabling, or perceived as disabling or potentially disabling.

26.    Plaintiff was employed by Defendant CONTINENTAL from on or about September 7, 2016 through March 24, 2017.

27.    During Plaintiff's employment with Defendant, Plaintiff became employed by Defendant as a tank cleaner.

28.    Plaintiff was wrongfully terminated due to a physical disability in violation of Government Code, section 12940, 12945, et seq.

29.    On or about March 21, 2017, Plaintiff suffered an injury at work. On or about March 22, 2017, Plaintiff received a doctor's note and informed Defendant of his leave for two days.

30.    On March 24, 2017, Plaintiff was terminated.

31.    DEFENDANT'S termination of Plaintiff was in violation of Plaintiff's rights under the FEHA.  As a proximate cause of the wrongful termination, Plaintiff has suffered and will continue to suffer loss of earnings, pain and suffering, severe mental anguish, emotional and physical distress and injury, expenses, humiliation, anxiety, and other employment benefits and job opportunities in an amount to be determined at trial.

32.    In doing the acts alleged herein, DEFENDANT and each of them acted willfully, intentionally, and maliciously, and in conscious disregard of the rights of Plaintiff, thereby entitling Plaintiff to an award of exemplary and punitive damages pursuant to Civil Code §3294.

33.    Plaintiff has also incurred and continues to incur legal expenses and attorneys' fees. Plaintiff is presently unaware of the precise amount of these expenses and fees. Plaintiff requests attorneys' fees pursuant to Government Code, section 12965.

///

///

///

## THIRD CAUSE OF ACTION

## (WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY
## AGAINST ALL DEFENDANTS AND DOES 1 TO 50)

34.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 33 as though fully set for herein.

35.    At all times mentioned herein, the public policy of the State of California, as codified, expressed and mandated in the FEHA, prohibits employers from harassing and retaliating and/or discriminating against employees because of their protected characteristics, including race, sex, pregnancy and/or engaging in protected activities, including taking protected medical leave.

36.    Plaintiff was employed by Defendant CONTINENTAL from on or about September 7, 2016 through March 24, 2017.

37.    During Plaintiff's employment with Defendant, Plaintiff became employed by Defendant as a tank cleaner.

38.    Plaintiff was wrongfully terminated due to a physical disability in violation of Government Code, section 12940, 12945, et seq.

39.    On or about March 21, 2017, Plaintiff suffered an injury at work. On or about March 22, 2017, Plaintiff received a doctor's note and informed Defendant of his leave for two days.

40.    On March 24, 2017, Plaintiff was terminated.

41.    In terminating Plaintiff, DEFENDANT violated public policy protecting employees that take medical leaves of absences from being terminated upon their return from their protected medical leave.

42.    As a proximate result of DEFENDANT'S wrongful termination of Plaintiff, has suffered and continues to suffer compensatory damages, including without limitation, severe emotional distress, lost wages, benefits, and compensation, and loss of future earnings and earning capacity in the amount of at least $25,000.00, according to proof at the time of trial, which is in excess of the jurisdictional minimum for this lawsuit to qualify as an unlimited civil action. Plaintiff claims such amounts as damages together with prejudgment interest accruing from the date of the filing of this action pursuant to California Civil Code Sections 3281 and/or 3288, and/or any other

1 | prevision of law providing for prejudgment interest.

2 |       43.     In doing the acts alleged herein, DEFENDANT and each of them acted willfully,

3 | intentionally, and maliciously, and in conscious disregard of the rights and safety of Plaintiff, thereby

4 | entitling Plaintiff to an award of exemplary and punitive damages pursuant to Civil Code, section

5 | 3294.

6 | **PRAYER FOR RELIEF**

7 |      WHEREFORE, Plaintiff prays for judgment in her favor and against DEFENDANTS, jointly

8 | and severally, as follows:

9 |      1.     For special and general damages according to proof;

10 |      2.     For punitive damages according to proof;

11 |      3.     On all causes of action for attorneys fees and costs as provided by California Labor

12 | Code §§226, 1194, Government Code §§12940, *et seq.,* and Code of Civil Procedure §1021.5 and for

13 | such other and further relief the Court may deem just and proper.

14 |

15 | Dated:  September 25, 2017         Respectfully Submitted,

16 |                   LAW OFFICES OF CHOI & ASSOCIATES

17 |

18 |        By:                                        

19 |                   Edward W. Choi, Attorneys for Plaintiff RONNIE
                  SAUNDERS

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

# EXHIBIT A

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GOVERNOR EDMUND G. BROWN JR.

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

DIRECTOR KEVIN KISH

2218 Kausen Drive. Suite 100 I Elk Grove I CA I 95758
800-884-1684 I TDD 800-700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

September 25, 2017

Edward Choi
515 S. Figueroa St., Suite 1250
Los Angeles California 90071

RE:  **Notice to Complainant or Complainant's Attorney**
DFEH Matter Number: 547848-315176
Right to Sue: Saunders / CONTINENTAL MARITIME OF SAN DIEGO, INC.

Dear Complainant or Complainant's Attorney:

Attached is a copy of your complaint of discrimination filed with the Department of Fair
Employment and Housing (DFEH) pursuant to the California Fair Employment and
Housing Act, Government Code section 12900 et seq. Also attached is a copy of your
Notice of Case Closure and Right to Sue. Pursuant to Government Code section 12962,
DFEH will not serve these documents on the employer. You or your attorney must
serve the complaint.  If you do not have an attorney, you must serve the complaint
yourself. Please refer to the attached Notice of Case Closure and Right to Sue for
information regarding filing a private lawsuit in the State of California.

Be advised that the DFEH does not review or edit the complaint form to ensure that it
meets procedural or statutory requirements.

Sincerely,

Department of Fair Employment and Housing

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 I TDD 800-700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

GOVERNOR EDMUND G. BROWN JR.

DIRECTOR KEVIN KISH

September 25, 2017

RE:  **Notice of Filing of Discrimination Complaint**
DFEH Matter Number: 547848-315176
Right to Sue: Saunders / CONTINENTAL MARITIME OF SAN DIEGO, INC.

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the Department of Fair Employment and Housing (DFEH) in accordance with Government Code section 12960. This constitutes service of the complaint pursuant to Government Code section 12962. The complainant has requested an authorization to file a lawsuit. This case is not being investigated by DFEH and is being closed immediately. A copy of the Notice of Case Closure and Right to Sue is enclosed for your records.

Please refer to the attached complaint for a list of all respondent(s) and their contact information.

**No response to DFEH is requested or required.**

Sincerely,

Department of Fair Employment and Housing



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                         GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                              DIRECTOR KEVIN KISH

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 I TDD 800-700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

September 25, 2017

Ronnie Saunders
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071

RE:  **Notice of Case Closure and Right to Sue**
DFEH Matter Number: 547848-315176
Right to Sue: Saunders / CONTINENTAL MARITIME OF SAN DIEGO, INC.

Dear Ronnie Saunders,

This letter informs you that the above-referenced complaint was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective September 25, 2017 because an immediate Right to Sue notice was requested. DFEH will take no further action on the complaint.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Department of Fair Employment and Housing



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

DIRECTOR KEVIN KISH

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 | TDD 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

Enclosures

cc:

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

**BEFORE THE STATE OF CALIFORNIA**

**DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

In the Matter of the Complaint of                    DFEH No. 547848-315176
Ronnie Saunders, Complainant.
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071

vs.

CONTINENTAL MARITIME OF SAN DIEGO,
INC., Respondent.
1995 Bay Front St.
San Diego, California 92113

Complainant alleges:

1. Respondent **CONTINENTAL MARITIME OF SAN DIEGO, INC.** is a subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.). Complainant believes respondent is subject to the FEHA.

2. On or around **March 24, 2017**, complainant alleges that respondent took the following adverse actions against complainant: **Discrimination Terminated,** . Complainant believes respondent committed these actions because of their: **Disability, Race** .

3. Complainant **Ronnie Saunders** resides in the City of **Los Angeles**, State of **California**. If complaint includes co-respondents please see below.

DFEH 902-1

-5-
*Complaint ± DFEH No. 547848-315176*

Date Filed: September 25, 2017

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**Additional Complaint Details:**

During Plaintiff`s employment with Defendant, Plaintiff was subject to racial discrimination. Other employees asked him to "show some respect and go back to your country." The head supervisor also made comments to Plaintiff, suggesting that he should go back to Nigeria, where it is violent and "Black people were being killed." On or about March 21, 2017, Plaintiff suffered an injury at work. On or about March 22, 2017, Plaintiff received a doctor`s note and informed Defendant of his leave for two days.  On March 24, 2017, Plaintiff was terminated.

DFEH 902-1

-6-

Date Filed: September 25, 2017

VERIFICATION

I, **Edward W. Choi**, am the Attorney for Complainant in the above-entitled complaint. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

On September 25, 2017, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                                    **Los Angeles, CA**
                                                                    **Edward W. Choi**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

DFEH 902-1

-7-

*Complaint ± DFEH No. 547848-315176*

Date Filed: September 25, 2017