# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-7091 FMO (ASx) | Date | October 4, 2017 |
|---|---|---|---|
| Title | Miguel Angel Serrano Castillo v. Sheraton Operating Corporation | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): None Present

Attorney Present for Defendant(s): None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Jurisdiction

Jurisdiction in this case is asserted on the basis of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). (See Dkt. 2, Class Action Complaint for Damages at ¶¶ 1, 5). "CAFA provides expanded original diversity jurisdiction for class actions meeting the amount in controversy and minimal diversity and numerosity requirements set forth in 28 U.S.C. § 1332(d)(2)." United Steel, Paper & Forestry, Rubber, Mfg., Energy, Allied Indus. & Serv. Workers Int'l Union, AFL-CIO, CLC v. Shell Oil Co., 602 F.3d 1087, 1090-91 (9th Cir. 2010). Under that provision, "district courts shall have original jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is a class action in which . . . any member of a class of plaintiffs is a citizen of a State different from any defendant[.]" 28 U.S.C. § 1332(d)(2).

Having reviewed the Complaint, the court questions whether the claims of the individual class members exceed $5,000,000 in the aggregate. See 28 U.S.C. § 1332(d)(2); Dart Cherokee Basin Operating Co., LLC v. Owens, 135 S.Ct. 547, 554 (2014) ("Evidence establishing the amount is required . . . when . . . the court questions, the . . . allegation."). Plaintiff makes a conclusory allegation that the class action's amount in controversy exceeds $5 million, (see Dkt. 2, Complaint at ¶ 1), despite only claiming damages under one cause of action from September 26, 2016 to the present. (See Dkt. 2, Complaint at ¶¶ 18, 30-32).

Based on the foregoing, IT IS ORDERED that no later than **October 11, 2017,** plaintiff shall show cause in writing why this action should not be dismissed for lack of jurisdiction for the reasons noted above. **Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to the dismissal of the action without prejudice for lack of jurisdiction and/or failure to comply with a court order.**

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |